**No. 62691.**—J. E. Bernard & Company, Inc. *v.* United States, protest 284833–K/ 7161 (Chicago).

Opinion by JOHNSON, J.   In accordance with oral stipulation of counsel that the merchandise consists of automobile tires similar in all material respects to those the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.

**No. 62692.**—Britton & Company *v.* United States, protests 58/359, etc.   (San Diego).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of *Britton & Company* v. *United States* (41 Cust. Ct. 64, C.D. 2021), the claim of the plaintiff was sustained.

**No. 62693.**—The May Dept. Stores Co., Inc. *v.* United States, protest 286557–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 62694.**—F. Lunning, Inc., and Traders Service Corp. *v.* United States, protest 205793–K (New York).

Opinion by JOHNSON, J.   In accordance with oral stipulation of counsel that the vases represented by the item numbers listed on schedule "A" (plaintiffs' exhibit 1), attached to and made a part of the decision, are the same in all material respects as those the subject of *F. Lunning, Inc., et al.* v. *United States* (39 Cust. Ct. 271, C.D. 1941), the claim of the plaintiffs was sustained.